BOST v. BANK
No. 602

Case below: 1 N.C. App. 470.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

BUTLER v. BUTLER
No. 437

Case below: 1 N.C. App. 356.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

CROSBY v. CROSBY
No. 438

Case below: 1 N.C. App. 398.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

HARLESS v. FLYNN
No. 441

Case below: 1 N.C. App. 448.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 September 1968.

IN RE CUSTORY OF ROSS
No. 765

Case below: 1 N.C. App. 393.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

LANIER, COMR. OF INS. v. VINES
No. 521

Case below: 1 N.C. App. 208.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 23 August 1968. Case set with appeals from the 8th, 24th and 25th Districts.